**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PEY BIN, | ) | NO. CV 13-6566-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 4, 2014.

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE